# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0096. LORA BROOKS v. CHRISTINA BRISLIN.

Lora Brooks f/k/a Lora Brislin filed a petition against Christina Brislin seeking a change in child custody. The trial court entered judgment in favor of Brislin, and Brooks filed a motion for new trial. The trial court granted the motion in part and denied it in part, and Brooks filed this application for discretionary appeal.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. A party seeking to challenge an order in a child custody case, therefore, may file a direct appeal. See *Cohen v. Cohen*, 300 Ga. App. 7, 8 (1) (684 SE2d 94) (2009); *Taylor v. Curl*, 298 Ga. App. 45 (679 SE2d 80) (2009). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Brooks shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a timely notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/09/2015
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*